# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| KATHRYN MBWELERA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:22-CV-260-HAB |
| ) | |
| DR. K. BYERLY ) | |
| LUTHERAN HOSPITAL ) | |
| ) | |
| Defendant. ) | |

## OPINION AND ORDER

Kathryn Mbwelera, proceeding pro se, filed a Civil Complaint (ECF No. 1) against Dr. K. Byerly and Lutheran Hospital and a request to proceed in Forma Pauperis ("IFP") (ECF No. 2). On August 16, 2022, this Court entered an order taking her request to proceed IFP under advisement and directing the Plaintiff to file an Amended Complaint by September 16, 2022, asserting the citizenship of all the parties and the amount in controversy or otherwise asserting a basis for federal question jurisdiction. Plaintiff was further warned that failure to respond by the deadline would result in dismissal of her Complaint without further notice. Plaintiff has not complied with this Court's order and no Amended Complaint has been filed. Accordingly, Plaintiff's complaint is DISMISSED.

SO ORDERED on September 30, 2022.

s/ Holly A. Brady  
JUDGE HOLLY A. BRADY  
UNITED STATES DISTRICT COURT